U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 17 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **EARTON SMITH** | * | **CIVIL ACTION NO. 12-1771** |
| **VERSUS** | * | **JUDGE DONALD E. WALTER** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *habeas corpus* under 28 U.S.C. § 2254 [docs. # 1, 10] is hereby **DENIED and DISMISSED with prejudice.**

THUS DONE AND SIGNED this 18 day of Sept, 2013, in Shreveport, Louisiana.

*[signature]*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE